RALPH J. MARRA, JR.
Acting United States Attorney
Newark, New Jersey

John M. Kelly
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
(212) 264-3650, Ext. 234
Fax: (212) 264-6372
John.M.Kelly@ssa.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------- X
JOHN CLIFTON,                            :    Hon. Katharine S. Hayden
                                         :
            Plaintiff,                   :
                                         :    Civil Action No. 08-0484
      v.                                 :
                                         :    CONSENT ORDER FOR PAYMENT OF
COMMISSIONER OF                          :    FEES PURSUANT TO THE EQUAL ACCESS
SOCIAL SECURITY,                         :    TO JUSTICE ACT
                                         :
            Defendant.                   :
---------------------------------------------------------- X

This matter having been opened to the Court by Patricia M. Franklin, attorney for plaintiff, for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that Ralph J. Marra, Jr., Acting United States Attorney (John M. Kelly, Special Assistant United States Attorney, appearing), attorney for defendant, having consented to the entry of an Order awarding an amount of Five Thousand Nine Hundred Fifteen Dollars and Zero Cents ($5,915.00), the Court having reviewed the record in this matter;

IT IS on this 19th day of March, 2009;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of Five Thousand Nine Hundred Fifteen Dollars and Zero Cents ($5,915.00); and that payment of said fee award be made directly to plaintiff's attorney, Patricia M. Franklin.

                         */s/ Katharine S. Hayden*
                         Honorable Katharine S. Hayden
                         United States District Court

The undersigned hereby consent to the form and entry of the within order.

                         RALPH J. MARRA, JR.
                         Acting United States Attorney

By:   s/ John M. Kelly
       John M. Kelly
       Special Assistant U.S. Attorney

                         PATRICIA M. FRANKLIN

By:   */s/ Patricia M. Franklin*
       Patricia M. Franklin
       Attorney for Plaintiff